Saxe, Guardian of Estate of Samuel Rezits,
a Lunatic, Appellant, *v.* Board of
Revision of Taxes.

Argued April 20, 1933.   Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, DREW and LINN, JJ.

546

548

550

*Wesley H. Caldwell,* with him *Edward Weisglass,* for appellant.

*William T. Cooper,* Assistant City Solicitor, and *David J. Smyth,* City Solicitor, for appellee, were not heard.

PER CURIAM, May 22, 1933:

The judgment of the Superior Court is affirmed on the opinion of that court by Judge BALDRIGE, affirming the order of the court below.